UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO (SAN JUAN)

Civil Action
No: **3:18-1639-WGY**

**RODRIGUEZ et al**
**Plaintiff**

v.

**AUTOPISTAS METROPOLITANAS DE PUERTO RICO, LLC et al**
**Defendant**

## JUDGMENT

Having considered the Notice of Voluntary Dismissal (**d.e. 65**) filed on February 22, 2019, which is ADOPTED, JUDGMENT is hereby entered DISMISSING the action WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED.

At Boston, Massachusetts, on March 13, 2019.

/s/ **William G. Young**
**United States District Judge**